UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANA HATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNBELT RENTALS, INC.,<br><br>    Defendant. | Civil Action No. 2:16-cv-00264-JDL |

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal with prejudice of all allegations and claims set forth in the above-captioned case with each side bearing their own attorneys' fees and costs.


Dated:  October 27, 2016        /s/ *Chad T. Hansen*
                                Chad T. Hansen, Esq.
                                Attorney for Plaintiff

                                Maine Employee Rights Group
                                92 Exchange Street
                                Portland, Maine 04101
                                Tel:  (207) 874-0905


Dated:  October 27, 2016        */s/ John F. Lambert, Jr.*
                                John F. Lambert, Jr.
                                Attorney for Defendant

                                John F. Lambert, Jr., Esq.
                                Lambert Coffin
                                P.O. Box 15215
                                Portland, ME 04112
                                Tel:  (207) 874-4000

Dated:  October 27, 2016	/s/ *Yash B. Dave*
	Yash B. Dave, Esq.
	Attorney for Defendant

	Smith, Gambrell & Russell, LLP
	50 N. Laura Street, Suite 2600
	Jacksonville, Florida 32202
	Tel: (904) 598-6100

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon all counsel of record through this Court's electronic filing system on the date below.

Dated:  October 27, 2016	*/s/  Chad T. Hansen*